IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

RANDY L. HANSON,

                Petitioner,

   v.                                                           ORDER
                                                             07-C-539-S

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                Respondent.
_____

    On September 26, 2007 petitioner filed an action to review the final decision of the respondent Commissioner denying his social security disability benefits. On October 15, 2007 the $350.00 fling fee was paid by petitioner's counsel.

    On November 2, 2007 petitioner requested permission to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915. This statute provides that the Court may authorize the commencement of an action without the prepayment of the filing fee by a person who submits an affidavit of indigency. Petitioner's request is moot because the filing fee has been paid and will not be refunded.

    Accordingly, petitioner's request for leave to proceed <u>in forma pauperis</u> will be denied as moot.

Hansen v. Astrue, 07-C-539-S

ORDER

IT IS ORDERED that petitioner's request for leave to proceed in forma pauperis is DENIED as moot.

Entered this 5th day of November, 2007.

BY THE COURT:

/s/

_____
JOHN C. SHABAZ
District Judge