# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

RANDY HANSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-539-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

The decision of defendant Michael Astrue, Commissioner of Social Security, is affirmed and plaintiff Randy Hanson's appeal is dismissed.


THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ M. Hardin

**by Deputy Clerk**

____4/24/08_____
Date